IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. TRACEY,

       Plaintiff,                     No. CIV S-03-0932 MCE JFM P

    vs.

MONROE DETENTION FACILITY STAFF, et al.,

       Defendants.          ORDER

/

       On January 9, 2008, plaintiff filed a request for appointment of counsel and to reopen his case. This civil rights action was closed on October 10, 2003. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings in this action. Plaintiff may, as appropriate, file a new federal civil rights action. Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send plaintiff a form civil rights complaint and accompanying instructions together with an Application to Proceed In Forma Pauperis by a Prisoner.

DATED: January 17, 2008.

                                       UNITED STATES MAGISTRATE JUDGE

12/mp
trac0932.58